NEAL HOLMER, APPELLANT, v. COUNTY OF DOUGLAS, DOUGLAS COUNTY WELFARE ADMINISTRATION, AND STATE OF NEBRASKA, DEPARTMENT OF PUBLIC WELFARE, APPELLEES.

330 N.W.2d 746

Filed March 4, 1983. No. 81-736.

Mark A. Klinker, for appellant.

John J. Reefe, Jr., for appellees Douglas County and Douglas County Welfare Administration.

Paul L. Douglas, Attorney General, and Royce N. Harper, for appellee State Department of Public Welfare.

KRIVOSHA, C.J., BOSLAUGH, McCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

This is an appeal by a merit system employee from an order discharging him from his employment by the Douglas County Welfare Administration for cause.

Upon review de novo we find no prejudicial error

in the record. The judgment of the District Court is therefore affirmed.

AFFIRMED.

CLINTON, J., not participating.